# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| HARVEY HOUSE,<br><br>      Plaintiff,<br><br>v.<br><br>HUNTER WARFIELD,<br><br>      Defendant. | Case No. 4:19-cv-04241<br><br>Honorable Judge Lee H. Rosenthal |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

HARVEY HOUSE ("Plaintiff"), files this Certificate of Interested Persons.

The following entities and/or persons are financially interested in the outcome of this case:

1. Harvey House, *Plaintiff*

2. Sulaiman Law Group, Ltd., *Attorneys for Plaintiff*

3. Hunter Warfield, *Defendant*


Dated: January15, 2020

                                              Respectfully Submitted,

                                              **HARVEY HOUSE**

                                              By: */s/ Joseph S. Davidson*

                                              Joseph S. Davidson
                                              **SULAIMAN LAW GROUP, LTD.**
                                              2500 South Highland Avenue
                                              Suite 200
                                              Lombard, Illinois 60148
                                              +1 630-575-8181
                                              jdavidson@sulaimanlaw.com

1

## **CERTIFICATE OF SERVICE**

     I hereby certify that on January 15, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Texas by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                        */s/ Joseph S. Davidson*