# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Harvey House

v.                                           Case Number: 4:19–cv–04241

Hunter Warfield Inc.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Chief Judge Lee H Rosenthal**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/5/2020

**TIME:** 03:00 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   January 16, 2020                                      David J. Bradley, Clerk