UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Harvey House,**<br>   *Plaintiff,*<br><br>**v.**<br><br>**Hunter Warfield, Inc.,**<br>   *Defendant.* | Case No. 4:19-cv-04241 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil, Defendant HUNTER WARFIELD & ASSOCIATES INC.'S, file its *Corporate Disclosure Statement*, and respectfully states:

Hunter Warfield & Associates Inc's parent company is HWI Holding, Inc. No publicly held corporation owns 10% or more of Hunter Warfield & Associates Inc's stock.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: January 16, 2020                     Respectfully submitted,

                                              **MALONE FROST MARTIN PLLC**

                                              */s/* Robbie Malone
                                              ROBBIE MALONE
Texas State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
Texas State Bar No. 24078928
Email: xmartin@mamlaw.com
JACOB MICHAEL BACH
Texas State Bar No. 24100919
Email: jbach@mamlaw.com
**MALONE FROST MARTIN PLLC**
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
TEL: (214) 346-2630
FAX: (214) 346-2631

***COUNSEL FOR DEFENDANT
HUNTER WARFIELD, INC.***

## CERTIFICATE OF SERVICE

     I certify that a true and correct copy of the above and foregoing has been forwarded **via CM/ECF**, on this 16th day of January, 2020 to the following recipients:

Joseph S. Davidson
Mohammed O. Badwan
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
630-575-8181
jdavidson@sulaimanlaw.com
mbadwan@sulaimanlaw.com

**ATTORNEYS FOR PLAINTIFF**

                                                    */s/* Robbie Malone
                                                    ROBBIE MALONE