**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| HARVEY HOUSE, <br><br> Plaintiff, <br><br> v. <br><br> HUNTER WARFIELD INC., <br><br> Defendant. | Case No. 4:19-cv-04241 <br><br> Honorable Lee H Rosenthal |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that HARVEY HOUSE (the "Plaintiff") and HUNTER WARFIELD INC. (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: May 6, 2020

Respectfully submitted,

**HARVEY HOUSE**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com